**SNYDER BURNETT EGERER, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Evan R. McDonough (SB# 311101)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
bsnyder@sbelaw.com
emcdonough@sbelaw.com

Attorneys for Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RENE E. MAPHUMULO, an individual, | Case No. |
| Plaintiff, | [San Bernardino Superior Court Case No. CIVDS1908623] |
| v. | |
| HUGH WILLIAM MCENTYER; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; SWIFT LEASING CO., LLC; SWIFT TRANSPORTATION CO., INC.; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; SWIFT TRANSPORTATION; SWIFT TRANSPORATION SERVICES, LLC; and DOES 1 through 10, Inclusive, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant") hereby removes the state court action described below to the above-captioned court on the following grounds:

///

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)

1.     On or about March 22, 2019, plaintiff RENE E. MAPHUMULO ("Plaintiff") filed Case No. CIVDS1908623 in the Superior Court of the State of California, County of San Bernardino, entitled *Rene E. Maphumulo v. Hugh William McEntyer, et al.* The Complaint was served on Defendant on May 16, 2019. Plaintiff's complaint asserts a cause of action for personal injury negligence related to a motor vehicle incident that occurred on April 7, 2017 in unincorporated County of San Bernardino, State of California. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2.     On June 13, 2019, Defendant filed an Answer to Plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as Exhibit 2.

3.     As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

4.     Plaintiff is, and at all relevant times was, a citizen of California.

5.     Defendant Hugh William McEntyer is, and at all relevant times was, a citizen of Nevada. Defendant Hugh William McEntyer is not, and was not at any relevant time, a citizen of California.

6.     Defendant Swift Transportation Co. of Arizona, LLC is a limited liability company organized under the law of the State of Delaware. Its principal place of business is in the State of Arizona. Its sole member is Swift Transportation Co., LLC.

7.     Swift Transportation Co., LLC is a limited liability company organized under the law of the State of Delaware. Its principal place of business is in the State of Arizona. The sole member of Swift Transportation Co., LLC is Knight-Swift Transportation Holdings, Inc.

8.     Knight-Swift Transportation Holdings, Inc. is a publicly traded corporation organized under the law of the State of Delaware, with a principal

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)

1   place of business in the State of Arizona.  No publicly traded entity owns more

2   than 10% of its stock.

3        9.    Defendant Swift Transportation Co of Arizona, LLC is not, and was

4   not at any relevant time, a citizen of California.

5        10.    Plaintiff's Complaint included a Statement of Damages alleging

6   $500,000,000 in general damages and $500,000,000 in special damages.  A true

7   and correct copy of Plaintiff's Complaint is attached hereto as Exhibit 1. The

8   amount in controversy thus exceeds the $75,000 jurisdictional minimum of this

9   Court.

10        11.    Defendant Swift Transportation Co of Arizona, LLC was served with

11   the Complaint on May 16, 2019. The time within which Defendant is required to

12   file a Notice of Removal has not yet expired.

13        12.    Removal to this Court is proper, as the Superior Court of the State of

14   California, County of San Bernardino, where this action was commenced, is

15   located within the Central District of California, Eastern Division.

16        13.    Defendants will give written notice of the filing of this Notice as

17   required by 28 U.S.C. § 1446(d) and will also file a copy of this Notice with the

18   Clerk of the San Bernardino County Superior Court, as required by 28 U.S.C. §

19   1446(d).

20        WHEREFORE, Defendant respectfully requests that the above-captioned

21   matter be removed to this Court.

22

23   Dated:  June 14, 2019          SNYDER BURNETT EGERER, LLP

24

25

26   By: Barry Clifford Snyder / Evan
    McDonugh

27       Attorneys for Defendant SWIFT
    TRANSPORTATION CO. OF ARIZONA,

28       LLC

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

3

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)