# EXHIBIT 1

**SUM-100**

**SUMMONS** On First Amended Complaint
**(CITACIÓN JUDICIAL)**

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Additional Parties Attachment form is attached.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAR 2 2 2019

BY _____
ASHLEE BAYLESS, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Rene E. Maphumulo

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| CASE NUMBER: *(Número del Caso):* |
|---|
| CIVDS 1908623 |

The name and address of the court is:
*(El nombre y dirección de la corte es):*

San Bernardino County Superior Court - Central Justice Center
247 West Third Street
San Bernardino, CA, 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew L. Taylor (SBN 178066) Law Offices of Matthew L. Taylor
8301 Utica Ave., Ste. 201          (909) 989-7774
Rancho Cucamonga, CA 91730

DATE:                 MAR 2 2 2019          Clerk, by   Ashlee Bayless          , Deputy
*(Fecha)*                                   *(Secretario)* _____ *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Swift Transportation Co. of Arizona, LLC
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☑ other *(specify):* LLC
4. ☑ by personal delivery on *(date):* May 16, 2019

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB | Essential
ceb.com | Forms

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Maphumulo, Rene E.

SUM-200(A)

| SHORT TITLE: | SE NUMBER: |
|---|---|
| Maphumulo v McEntyer | CIVDS 1908623 |

## INSTRUCTIONS FOR USE

➢ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➢ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff      ☒ Defendant      ☐ Cross-Complainant      ☐ Cross-Defendant

Hugh William McEntyer; Knight-Swift Transportation Holdings, Inc.;
Swift Leasing Co., LLC; Swift Transportation Co., Inc.; Swift
Transportation Co. of Arizona, LLC; Swift Transportation; Swift
Transporation Services, LLC; and DOES 1 TO 10

Page 2 of 2

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

CEB | Essential
ceb.com | Forms

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Matthew L. Taylor                    SBN 178066<br>Law Offices of Matthew L. Taylor<br>8301 Utica Ave., Ste. 201<br>Rancho Cucamonga, CA 91730<br>TELEPHONE NO.: (909) 989-7774        FAX NO.(Optional): (909) 989-7776<br>E-MAIL ADDRESS (Optional):   matthew.taylor34@verizon.net<br>ATTORNEY FOR (Name): Plaintiff Rene E. Maphumulo | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO CIVIL DIVISION<br><br>MAR 22 2019<br><br>BY _____<br>ASHLEE BAYLESS, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA, 92415
BRANCH NAME:

PLAINTIFF: Rene E. Maphumulo

DEFENDANT: Hugh William McEntyer; See Attachment 1
for Additional Defendants

[X] DOES 1 TO 10

| COMPLAINT-Personal Injury, Property Damage, Wrongful Death<br>[X] **AMENDED** (Number): One<br>Type (check all that apply):<br>[X] MOTOR VEHICLE      [ ] OTHER (specify):<br>  [ ] Property Damage   [ ] Wrongful Death<br>  [X] Personal Injury    [ ] Other Damages (specify): | |

| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>                [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | CASE NUMBER:<br><br>CIVDS 1908623 |

1. **Plaintiff** (name or names): Rene E. Maphumulo

   alleges causes of action against defendant (name or names): Hugh William McEntyer and all Defendants
   Shown on Attachment 1

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] ceb.com  CEB Essential Forms

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Maphumulo, Rene E.

PLD-PI-001

| SHORT TITLE: | SE NUMBER: |
|---|---|
| Maphumulo v. McEntyer | CIVDS 1908623 |

4. ☐ Plaintiff *(name):*

　　is doing business under the fictitious name *(specify):*


　　and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant *(name):*
Knight-Swift Transportation Holdings Inc.
(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity *(describe):*

(4) ☐ a public entity *(describe):*

(5) ☐ other *(specify):*

c. ☒ except defendant *(name):*
Swift Leasing Co., LLC
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☒ an unincorporated entity *(describe):*
Limited Liability Company
(4) ☐ a public entity *(describe):*

(5) ☐ other *(specify):*

b. ☒ except defendant *(name):*
Swift Transportation Co., Inc.
(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity *(describe):*

(4) ☐ a public entity *(describe):*

(5) ☐ other *(specify):*

d. ☒ except defendant *(name):*
Swift Transportation Co. of Arizona, LLC
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☒ an unincorporated entity *(describe):*
Limited Liability Company
(4) ☐ a public entity *(describe):*

(5) ☐ other *(specify):*


☒ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants *(specify Doe numbers):* 1-10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.

b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.

d. ☐ other *(specify):*


9. ☐ Plaintiff is required to comply with a claims statute, and

a. ☐ has complied with applicable claims statutes, or

b. ☐ is excused from complying because *(specify):*

CEB· | Essential
ceb.com | ⨋Forms·

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Maphumulo, Rene E.

PLD-PI-001

| SHORT TITLE: <br> Maphumulo v. McEntyer | SE NUMBER: <br> CIVDS 1908623 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    a. ☒ Motor Vehicle

    b. ☐ General Negligence

    c. ☐ Intentional Tort

    d. ☐ Products Liability

    e. ☐ Premises Liability

    f. ☐ Other *(specify)* :

11. Plaintiff has suffered

    a. ☐ wage loss

    b. ☐ loss of use of property

    c. ☒ hospital and medical expenses

    d. ☒ general damage

    e. ☐ property damage

    f. ☒ loss of earning capacity

    g. ☒ other damage *(specify)* :

        All other legally-recoverable damages plus costs of suit and interest as allowed by law.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

    a. ☐ listed in Attachment 12.

    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. (1) ☒ compensatory damages

       (2) ☐ punitive damages

    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☒ according to proof

    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 2( , 2019

Matthew L. Taylor, SBN 178066
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

CEB | Essential
ceb.com | ⒺForms

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Maphumulo, Rene E.

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Maphumulo v. McEntyer | CIVDS 1908623 |

FIRST _____  **CAUSE OF ACTION- Motor Vehicle**
(number)

ATTACHMENT TO ☒ Complaint   ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Rene E. Maphumulo

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* April 7 ,2017
at *(place):* Kenwood Avenue near its intersection with Interstate 15 in an uncoroporated area of San Bernardino County, State of California

MV-2. DEFENDANTS
a. ☒ The defendants who operated a motor vehicle are *(names):*
Hugh William McEntyer

   ☒ Does  1____  to 3_____
b. ☒ The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names):* Knight-Swift Transportation Holdings, Inc.;
Swift Transportation Co., Inc.; Swift Transportation Co. of Arizona, LLC; Swift Transporation;

   ☒ Does  4____  to 10_____   Swift Transporation Services, LLC; and
c. ☒ The defendants who owned the motor vehicle which was operated with their permission are *(names):*
Knight-Swift Transporation Holdings, Inc.; Swift Leasing Co., LLC; Swift Transporation Co., Inc., Swift Transporation Co. of Arizona, LLC; Swift Transporation;

   ☒ Does  4____  to 10_____   Swift Transporation Services, LLC; and
d. ☒ The defendants who entrusted the motor vehicle are *(names):*
Knight-Swift Transporation Holdings, Inc.; Swift Leasing Co., LLC; Swift Transporation Co., Inc., Swift Transporation Co. of Arizona, LLC; Swift Transporation; and

   ☒ Does  4____  to 10_____   Swift Transporation Services, LLC; and
e. ☒ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*  Swift Transportation Services, LLC;
Knight-Swift Transporation Holdings, Inc.; Swift Leasing Co., LLC; Swift Transporation Co., Inc., Swift Transporation Co. of Arizona, LLC; Swift Transporation;

   ☒ Does  1____  to 10_____   Hugh William McEntyer; and
f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   ☐ listed in Attachment MV-2f   ☐ as follows:

   ☐ Does  _____  to _____

Page 4____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION - Motor Vehicle

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

Maphumulo, Rene E.

MC-025

| SHORT TITLE: Maphumulo v. McEntyer | CASE NUMBER: CIVDS1908623 |
|---|---|

**ATTACHMENT** *(Number)*: 1

*(This Attachment may be used with any Judicial Council form.)*

Names of Additional Defendants:

Knight-Swift Transportation Holdings, Inc.; Swift Leasing Co., LLC; Swift Transportation Co., Inc.; Swift Transportation Co. of Arizona, LLC; Swift Transportation; Swift Transporation Services, LLC; and

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

CEB | Essential
ceb.com | Forms

Maphumulo, Rene E.

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Maphumulo v. McEntyer | CIVDS 1908623 |

**ATTACHMENT** *(Number)* : 5
*(This Attachment may be used with any Judicial Council form.)*

Attachment 5:
(e) Except Defendant: Swift Transportation
(1) [ xx] A business organization, form unknown.


(f) Except Defendant: Swift Transportation Services, LLC
(3) [ xx] An unincorporated entity (describe): a limited liability
company

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

CEB | Essential
ceb.com | Forms

Maphumulo, Rene E.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
--------------------------------------------------------------------------
--------------------------------------------------------------------------
                                     CASE NO: CIVDS1908623
  LAW OFFICES OF MATTHEW L TAYOLOR
  8301 UTICA AVENUE
  SUITE 201
  RANCH CUCAMONGA CA 91730
                              NOTICE OF TRIAL SETTING CONFERENCE


IN RE: MAPHUMULO -V- MCENTYER, ET AL

THIS CASE HAS BEEN ASSIGNED TO: KEITH D DAVIS IN DEPARTMENT S25
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

        HEARING DATE: 09/20/19 at  8:30 in Dept. S25


DATE: 03/20/19  Nancy Eberhardt, Court Executive Officer
                                     By: VERONICA GONZALEZ
--------------------------------------------------------------------------
--------------------------------------------------------------------------
                    CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party.
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 03/20/19
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 03/20/19 at San Bernardino, CA

                              BY: VERONICA GONZALEZ

- *DO NOT FILE WITH THE COURT* -
- *UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585* -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew L. Taylor<br>178066<br>Law Offices of Matthew L. Taylor<br>8301 Utica Ave., Ste. 201<br>Rancho Cucamonga, CA 91730 | (909) 989-7774<br>(909) 989-7776 | |

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA, 92415
BRANCH NAME:

PLAINTIFF: Rene E. Maphumulo
DEFENDANT: Hugh William McEntyer

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>CIVDS 1908623 |
|---|---|

To *(name of one defendant only)*: Swift Transportation Co. of Arizona, LLC
Plaintiff *(name of one plaintiff only)*: Rene E. Maphumulo
seeks damages in the above-entitled action, as follows:

1. General damages

AMOUNT

   a. [X] Pain, suffering, and inconvenience ......................................................................... $ 500,000

   b. [ ] Emotional distress .............................................................................................. $ 0

   c. [ ] Loss of consortium ............................................................................................. $ 0

   d. [ ] Loss of society and companionship *(wrongful death actions only)* ....................... $ 0

   e. [ ] Other *(specify)* ................................................................................................. $ 0

   f. [ ] Other *(specify)* ................................................................................................. $ 0

   g. [ ] Continued on Attachment 1.g.

2. Special damages

   a. [X] Medical expenses *(to date)* ............................................................................. $ 150,000

   b. [X] Future medical expenses *(present value)* ........................................................ $ 150,000

   c. [ ] Loss of earnings *(to date)* .............................................................................. $ 0

   d. [X] Loss of future earning capacity *(present value)* .............................................. $ 200,000

   e. [ ] Property damage .............................................................................................. $ 0

   f. [ ] Funeral expenses *(wrongful death actions only)* .............................................. $ 0

   g. [ ] Future contributions *(present value) (wrongful death actions only)* ................. $ 0

   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ..... $ 0

   i. [ ] Other *(specify)* ................................................................................................. $ 0

   j. [ ] Other *(specify)* ................................................................................................. $ 0

   k. [ ] Continued on Attachment 2.k.

3. [ ] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $ 0
   when pursuing a judgment in the suit filed against you.

Date: March 15, 2019

Matthew L. Taylor
_____
(TYPE OR PRINT NAME)

(Proof of service on reverse)

►  _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

CEB | Essential
ceb.com | Forms

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

Maphumulo, Rene E.

CIV-050

| PLAINTIFF: Rene E. Maphumulo | CASE NUMBER: |
|---|---|
| DEFENDANT:Hugh William McEntyer | CIVDS 1908623 |

## PROOF OF SERVICE
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service.  Plaintiff cannot serve these papers.)*

1.  I served the
    a. ☐ Statement of Damages  ☐ Other *(specify)* :

    b. on *(name)* :
    c. by serving  ☐ defendant  ☐ other *(name and title or relationship to person served)*:

    d. ☐ by delivery  ☐ at home  ☐ at business
        (1) date:
        (2) time:
        (3) address:

    e. ☐ by mailing
        (1) date:
        (2) place:

2.  Manner of service *(check proper box)* :
    a. ☐ **Personal service.** By personally delivering copies.  (CCP § 415.10)
    b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.**  By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.  (CCP § 415.20(a))
    c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.  (CCP § 415.20 (b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*

    d. ☐ **Mail and acknowledgment  service.**  By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender.  (CCP § 415.30) *(Attach completed acknowledgment of receipt.)*

    e. ☐ **Certified or registered mail service.**  By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served.  (CCP § 415.40)  *(Attach signed return receipt or other evidence of actual delivery to the person served.)*

    f. ☐ Other *(specify code section)* :
        ☐ additional page is attached.
3.  At the time of service I was at least 18 years of age and not a party to this action.
4.  Fee for service: $                    0
5.  Person serving:
    a. ☐ California sheriff, marshal, or constable
    b. ☐ Registered California process server
    c. ☐ Employee or independent contractor of a registered California process server
    d. ☐ Not a registered California process server
    e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

    f.  Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

► _____
              (SIGNATURE)

*(For California sheriff, marshal or constable use only)*
I certify that the foregoing is true and correct.
Date:

► _____
              (SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure, §§ 425.11, 425.115

Maphumulo, Rene E.

CEB | Essential
ceb.com | Forms